UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIANHAI LACE USA, INC.,

               Plaintiff,

– *against* –

SIXCRISPDAYS, INC. and DOES 1–10,

               Defendants.

**ORDER**

18 Civ. 3448 (ER)

RAMOS, D.J.:

      Plaintiff's last action in this case was to file a request for issuance of summons as to Sixcrispdays, Inc. on April 24, 2018. Doc. 6. However, the docket does not reflect that Sixcrispdays, Inc. was ever served. On April 6, 2020, the Court ordered Plaintiff to show good cause by May 1, 2020 for why service in this action was not completed within 90 days. Doc. 10. More than three months have passed without a response. For the below reasons, the Court dismisses Plaintiff's action for failure to execute service under Federal Rule of Civil Procedure 4(m).

      "If a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — *must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

      Given that over two years have passed since the filing of the complaint in this action, and given that Plaintiff has failed to respond to the Court's warning of the consequences of failure to serve or provide good cause for the lack of service, the Court

DISMISSES Plaintiff's action without prejudice.  The Clerk of Court is respectfully directed to terminate any pending motions and to close the case.

It is SO ORDERED.

Dated:   August 31, 2020
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.